| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Mark J. Politan, Esq. <br> **POLITAN LAW, LLC** <br> 88 East Main Street, #502 <br> Mendham, New Jersey 07945 <br> (973) 768-6072 <br> mpolitan@politanlaw.com <br><br> -and- <br><br> Robert J. Tolchin, Esq. <br> **THE BERKMAN LAW OFFICE, LLC** <br> 111 Livingston Street, Suite 1928 <br> Brooklyn, New York 11201 <br> (718) 855-3627 <br> rtolchin@berkmanlaw.com <br><br> *Attorneys for Diana Campuzano, Avi Elishis, and Gregg Salzman* |

| | |
|---|---|
| In Re: <br> AMERICAN CENTER FOR CIVIL JUSTICE, INC. <br>                  Debtor-in Possession. | Case No.:   18-15691 (CMG) <br> Chapter:   11 <br> Judge:   Christine M. Gravelle <br><br> **Hearing Date and Time:** <br> **July 10, 2018 at 10:00 a.m.** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    AMERICAN CENTER FOR CIVIL JUSTICE, RELIGIOUS LIBERTY
         AND TOLERANCE, INC. (*Listed on Schedule E/F as "American*
         *Center for Civil Justice Religi"*)

     Diana Campuzano, Avi Elishis and Gregg Salzman ("Objectors"), by and through their undersigned counsel, have filed the enclosed Objection to Claim (Docket no. 79) which

1

seeks to alter your rights by disallowing, reducing, and/or modifying your claim.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before July 3, 2018.

At the same time, you must also serve a copy of the response upon the attorney for the Objectors The Berkman Law Office, LLC, Attn: Robert Tolchin, Esq., 111 Livingston Street, Suite 1928, Brooklyn, New York 11201 and Politan Law, LLC, 88 East Main Street, #502, Mendham, New Jersey 07945.

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Christine M. Gravelle on July 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom 3.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT
MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION
WITHOUT FURTHER NOTICE OR HEARING.**